UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

ROBERT L. CLEVELAND, JR.,

    Plaintiff,

vs.

FRONTSTREAM DTI, LLC,

    Defendant.
_____/

Case No. 3:12-cv-275

Judge Campbell/Bryant

**ORDER GRANTING MOTION FOR COUNSEL FOR PLAINTIFF,
ROBERT L. CLEVELAND, JR., TO APPEAR TELEPHONICALLY AT THE
<u>INITIAL CASE MANAGEMENT CONFERENCE</u>**

THIS CAUSE having come before the Court on Plaintiff, ROBERT L. CLEVELAND, JR.'s, Motion for Counsel to Appear Telephonically at the Initial Case Management Conference, it is hereby

ORDERED AND ADJUDGED that Plaintiff's Motion is GRANTED. Plaintiff's lead trial counsel, Joseph V. Priore, Esquire, may appear before this Court telephonically at the initial case management conference on May 14, 2012 at 9:30 a.m. The call will be initiated by the Magistrate Judge.

DONE AND ORDERED in Chambers, at Nashville, Tennessee this 5th day of May, 2012.

                                                *s/ John S. Bryant*
                                               JOHN S. BYRANT
                                               United States Magistrate Judge

Copies furnished to:

Counsel of record