IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


ROBERT L. CLEVELAND, JR.       )
                                   )
v.                                ) NO. 3-12-0275
                                   ) JUDGE CAMPBELL
FRONTSTREAM DTI, LLC       )


ORDER


Pending before the Court is Defendant's Motion for Leave to File Reply to Plaintiff's Response to its Cross-Motion for Summary Judgment (Docket No. 26). The Motion is GRANTED, and the Clerk is directed to file the Reply Brief attached thereto.

IT IS SO ORDERED.


                                      _____
                                      TODD J. CAMPBELL
                                      UNITED STATES DISTRICT JUDGE